# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 1, 2021

*Before*

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

No. 20-2217

| | |
|---|---|
| CHADD A. MORRIS, | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Central District of Illinois. |
| | |
| *v.* | No. 4:20-cv-04092-JES |
| | |
| GREGG SCOTT, *et al.*, | James E. Shadid, |
| *Defendants-Appellees*. | *Judge*. |

**O R D E R**

*Pro se* Appellant, Chadd A. Morris, filed a petition for rehearing on March 25, 2021. All of the judges on the panel have voted to deny rehearing and to issue an amended order. This court's order dated March 12, 2021, is amended in a separately filed order released today.

The petition for rehearing is therefore **DENIED**.